AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
## MIDDLE DISTRICT of PENNSYLVANIA

FILED
HARRISBURG, PA
NOV 1 3 2019

| | |
|---|---|
| Jerry Reeves )  |  |
| *Petitioner* ) |  |
| v. ) | Civil Action No. 3:14-CV-1500 |
| Brian V. Coleman, et al ) | (Magistrate Judge Schwab) |
| *Respondent* ) |  |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

X other: **IT IS ORDERED that Reeves's petition for a writ of habeas corpus is GRANTED, his conviction is vacated, and the Commonwealth shall either retry or release Reeves within 120 days.**

This action was *(check one)*:
☐ tried by a jury with Judge or Magistrate Judge _____ presiding, and the jury has rendered a verdict.
☐ tried by Judge or Magistrate Judge _____ without a jury and the above decision
X decided by Judge or Magistrate Judge **Susan E. Schwab** on a motion for

**on a Petition for Writ of Habeas Corpus**

Date: Nov 13, 2019

CLERK OF COURT  PETER T. WELSH

*Signature of Clerk or Deputy Clerk*